101 A.3d 783

**Kimani J. LOCKHART, Petitioner**

v.

**ATTORNEY GENERAL FOR the STATE OF PENNSYLVANIA, et al., Respondents.**

**No. 121 EM 2014.**

Supreme Court of Pennsylvania.

Oct. 1, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of October, 2014, the Application for Leave to File Original Process is **GRANTED** and the Petition for Writ of Habeas Corpus is **DENIED.**